AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: BPA Michael Everson Telephone: (313) 926-4700

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Hilda Elizabeth GARCIA-FLORES

Case No. 26-mj-30478

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 12, 2026

City and state: Detroit, MI

.Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Hilda Elizabeth GARCIA-FLORES, which reveals the following.

2. GARCIA-FLORES is a fifty-year-old female, native and citizen of Honduras, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about August 26, 2005, GARCIA-FLORES was ordered removed to Honduras by an Immigration Judge and was granted a Voluntary Departure (VD). There is no evidence that she returned to Honduras as ordered by the Immigration Judge.

4. On or about July 15, 2009, GARCIA-FLORES was arrested by Immigration and Customs Enforcement (ICE) in the Detroit area. She was processed as a "bag and baggage" for failing to remove herself after being granted a VD. A "bag and baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country. GARCIA-FLORES was temporarily released from ICE custody on an order of supervision to care for her minor aged children. She was ordered to report back to ICE on August 3, 2009, and she failed to do so.

5. On or about August 24, 2011, GARCIA-FLORES was removed from the United States to Honduras.

6. On or about January 22, 2012, GARCIA-FLORES was arrested by Border Patrol Agents at or near McAllen, Texas. Her prior order of removal was reinstated and on February 6, 2012, GARCIA-FLORES was removed from the United States to Honduras.

7. According to GARCIA-FLORES, she illegally re-entered the United States in March 2012, near Roma, Texas. She claims she paid a smuggler $8000 USD to transport her to the United States, then she traveled to Michigan, where she has resided since that date.

8. On or about June 8, 2015, GARCIA-FLORES was arrested by Detroit Police Officers in the Detroit, MI area, and was charged with assault on a police officer, a misdemeanor offense. Court disposition unknown.

9. On or about July 31, 2021, GARCIA-FLORES was issued citations by Allen Park, Michigan, Police Department for failure to display valid driver's license and no insurance.

10. In August 2026, Detroit Border Patrol Disrupt Agents investigated GARCIA-FLORES as a target of interest living in the Detroit area. Agents discovered that GARCIA-FLORES was a native and citizen of Honduras, who had been previously removed from the United States following an order of removal by an Immigration Judge.

11. On August 12, 2026, Detroit Border Patrol Agents encountered GARCIA-FLORES during a vehicle stop following surveillance at a known address where she resided in Detroit. The vehicle was registered to GARCIA-FLORES. GARCIA-FLORES identified herself to agents by her full name. Agents asked her if she had any immigration documents that would allow her to be in the United States and she answered "no". She was transported to the Detroit Border Patrol Station, and her prior order of removal was reinstated.

12. Hilda GARCIA-FLORES'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that GARCIA-FLORES is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that GARCIA-FLORES legally entered the United States or had been issued any document or status that would allow her to enter or remain the United States.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain

any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Review of the Alien File (A# xxx xxx 734) for Hilda Elizabeth GARCIA-FLORES and queries in Department of Homeland Security databases confirm no record exists of GARCIA-FLORES obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her removal on February 6, 2012.

15. Based on the above information, I believe there is probable cause to conclude that Hilda Elizabeth GARCIA-FLORES, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge